**Order entered April 28, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00234-CV

### IN THE INTEREST OF M.G. AND S.G., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-12223**

## ORDER

We **GRANT** appellant's April 28, 2015 amended motion for an extension of time to file a brief. Appellant shall file a brief by **JUNE 16, 2015**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE